```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:06-MJ-0263 GGH |
|---|---|
| Plaintiff, | ) |
| | ) GOVERNMENT'S MOTION TO DISMISS |
| v. | ) COMPLAINT |
| MANUEL ESQUIVEL and, | ) |
| ERIK ORRANTIA-RUBIO | ) |
| Defendant. | ) |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States hereby moves the Court, in the interest of justice, for an order dismissing the criminal complaint and recalling the arrest warrants for the above-listed defendants.

DATED: August 24, 2012

```
                              BENJAMIN B. WAGNER
                              United States Attorney


                         By: /s/ Heiko P. Coppola
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney
```

1

BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MANUEL ESQUIVEL and, <br> ERIK ORRANTIA-RUBIO <br> Defendant. | CASE NO. 2:06-MJ-0263 GGH <br><br> ORDER |

O R D E R

In view of the instant motion, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the criminal complaint in the above-captioned action is hereby dismissed and the arrest warrants are hereby recalled.

DATED: August 27, 2012

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE